DOCKET No. 20 Mag 2035　　DEFENDANT Allambergen Kudaybergenov

AUSA Matthew Hellman　　DEF.'S COUNSEL Amy Gallicchio
☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☑ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5　☐ Rule 9　☐ Rule 5(c)(3)　☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 2/24/2020　　☐ VOL. SURR.
TIME OF ARREST 9pm　　☐ ON WRIT
TIME OF PRESENTMENT 5:00pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☑ DETENTION ON CONSENT W/O PREJUDICE　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB　☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION　☐ HOME DETENTION　☐ CURFEW　☐ ELECTRONIC MONITORING　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT　[OR]　☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

5mins

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY　　☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 3/26/2020　　☐ ON DEFENDANT'S CONSENT

DATE: 2/25/2020

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE　　PINK – U.S. ATTORNEY'S OFFICE　　YELLOW – U.S. MARSHAL　　GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016 IH - 2